UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
KEVIN COOPER,                           )
                                        )   No. 06-1365RSL
                  Plaintiff,            )
       v.                               )
                                        )   ORDER TO SHOW CAUSE
UNIVERSITY OF WASHINGTON, *et al.*,     )
                                        )
                  Defendants.           )
_____)

This matter comes before the Court *sua sponte*. On September 6, 2007, plaintiff filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. #15). As of this date, a courtesy copy of these documents has not been provided for chambers.

Plaintiff is hereby ORDERED to show cause within five days of this Order why he should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report and Early Settlement" (Dkt. #4). Plaintiff shall immediately deliver a paper copy of the documents filed on September 6, 2007 clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for September 17, 2007.

DATED this 10th day of September, 2007.

_____
Robert S. Lasnik
United States District Judge