UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN COOPER, Plaintiff, v. UNIVERSITY OF WASHINGTON, *et al.*, Defendants. | No. 06-1365L<br>ORDER |

This matter comes before the Court *sua sponte*. On September 10, 2007, the Court ordered plaintiff to deliver a courtesy copy of documents it filed on September 6, 2007. Plaintiff has now done so. The Order to Show Cause (Dkt. # 26) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

DATED this 12th day of September, 2007.

Robert S. Lasnik
United States District Judge